UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX M. LUTTON,<br>        Petitioner,<br>    v.<br>U.S. PAROLE COMMISSION,<br>        Respondent. | Case No. 21-cv-01679-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 7 |

Respondent has filed an ex parte request for an extension of the deadline to respond to the petition for writ of habeas corpus. Upon due consideration of the request and accompanying declaration of attorney Julie Bibb Davis, the request is GRANTED. Docket No. 7. The following new briefing schedule is set: Respondent must file and serve an answer or other response to the petition on or before **June 18, 2021.** Petitioner must file and serve his traverse no later than **July 16, 2021**.

An attorney assisting petitioner filed a notice of change of address for him but does not indicate that she actually represents him. In the future, the attorney must either enter an appearance on behalf of petitioner or the *pro se* petitioner must do his own filings, as the court does not want filings from third parties who are not authorized to speak for the petitioner and bind him.

The clerk shall update the docket to show that the petitioner is proceeding *pro se* and that his new address is the U.S. Penitentiary in Victorville, California.

**IT IS SO ORDERED**.

Dated: May 19, 2021

_____
SUSAN ILLSTON
United States District Judge