1
2
3
4           UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7 REX M. LUTTON,               Case No.  21-cv-01679-SI (PR)

8          Petitioner,        **ORDER GRANTING RESPONDENT'S**

9    v.                     **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

10 U.S. PAROLE COMMISSION,

11          Respondent.        Re: Dkt. No. 7

12

     Respondent has filed a motion requesting that an incorrectly filed document, Dkt. No. 12-1, be removed from the docket.  Having considered the papers, and good cause appearing therefor, the court hereby GRANTS the motion.

     This Order terminates Docket No. 21.

     **IT IS SO ORDERED.**

Dated: October 12, 2021

                              _____
                              SUSAN ILLSTON
                              United States District Judge

United States District Court
Northern District of California