UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REX M. LUTTON,

              Petitioner,

    v.

U.S. PAROLE COMMISSION,

              Respondent.

Case No. 21-cv-01679-SI (pr)

**JUDGMENT**

The petition for a writ of habeas corpus is dismissed as moot, and judgment is entered accordingly. The clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 28, 2022

SUSAN ILLSTON
United States District Judge